UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Prescott, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Dos Toros LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023

1:22-cv-02425 (RA) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties on March 13, 2023, it is hereby Ordered as follows:

1. The parties having withdrawn during the conference the joint motion to seal filed at ECF No. 48, the Clerk of Court is respectfully requested to unseal the document filed at ECF No. 49.

2. This action is stayed through November 28, 2023.

3. No later than November 29, 2023, the parties shall file a joint letter regarding the status of settlement.

**SO ORDERED.**

Dated:    New York, New York
          March 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge