**GT GreenbergTraurig**

November 21, 2023

**VIA EMAIL and ECF Filing**

The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: ***Prescott v. Dos Toros, LLC, et al.***
       No. 22-CV-2425-RA

Dear Judge Aaron:

    We are counsel for Defendants Dos Toros, LLC; Dos Toros Holdings LLC; DT Parentco, LLC; and Founders Table Restaurant Group, LLC, in this action. I write jointly with Plaintiff's counsel to advise the Court that the condition in the parties' settlement for dismissal of this action has been satisfied. Accordingly, we jointly request that Your Honor enter the attached Stipulation of Dismissal with Prejudice. Thank you very much for Your Honor's consideration.

Sincerely,

s/ David E. Sellinger
David E. Sellinger
*Counsel for Defendants*

Brooke Dekolf
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN PRESCOTT, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DOS TOROS LLC, DOS TOROS HOLDINGS LLC, DT PARENTCO, LLC, and FOUNDERS TABLE RESTAURANT GROUP, LLC,<br><br>*Defendants*. | Case No.: 1:22-cv-02425-RA<br>Judge Ronnie Abrams<br>Magistrate Judge Stewart D. Aaron |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lauren Prescott ("Plaintiff"), by and through her undersigned counsel, and Defendants Dos Toros LLC, Dos Toros Holdings LLC, DT Parentco, LLC, and Founders Table Restaurant Group, LLC, by and through their undersigned counsel, hereby stipulate that Plaintiff's claims in the above-captioned matter are voluntarily dismissed, with prejudice and without costs to any party as to Plaintiff, and without prejudice and without costs as to the putative class.

**WHEREFORE**, the parties respectfully stipulate that the Court dismiss Plaintiff's claims in the above-captioned matter pursuant to execution of private settlement agreement.

Respectfully submitted on November 21, 2023,

*Attorneys for Plaintiff*:

**RICHMAN LAW & POLICY**

_____
Kim E. Richman

Brooke Dekolf
1 Bridge Street, Suite 83 Irvington, NY 10533
(718) 705-4579
krichman@richmanlawpolicy.com
bdekolf@richmanlawpolicy.com

*Attorneys for Defendants*:

**GREENBERG TRAURIG, LLP**

/s/ David Sellinger
David Sellinger
Theodore James McEvoy
200 Park Avenue Post Office Box 677
Florham Park, NJ 07932-0677
(973) 360-7925
sellingerd@gtlaw.com
mcevoyt@gtlaw.com

Rick L. Shackelford
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
(310) 586-3878
shackelfordr@gtlaw.com

3